~~Exhibit A~~

JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 398-4517
Facsimile: (415) 276-9857
Email: dan@danielremer.com

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,** | Case No. C 06-4349 PJH |
| Plaintiff and Counterclaim Defendant | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| **Polaroid Corporation** | |
| Defendant and Counterclaimant | |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant Polaroid Corporation, through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Dated: October 20, 2006

By: s/ John Carpenter

JOHN W. CARPENTER (221708)
Technology Licensing Company Inc.
33 ½ Los Piños,
Nicasio, CA 94946
Phone: (415) 398-4517
Facsimile: (415) 276-9857
Email: dan@danielremer.com

*Attorneys for Plaintiff and Counterclaim Defendant Technology Licensing Company*

Dated: October 19, 2006

By: [signature]

SRI K. SANKARAN (236584)
DORSEY & WHITNEY LLP
555 California, 10th Floor, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249
Email: sankaran.sri@Dorsey.com

*Attorneys for Defendant and Counterclaimant Polaroid Corporation*

**ORDER**

IT IS SO ORDERED.

Dated: 10/20/06

Phyllis
U.S. Di

